**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 12-8154**

———————

JAMES DALLAS GOODSON, SR.,

             Plaintiff - Appellant,

        v.

HAROLD W. CLARK; LOUIS B. CEI; D. A. BRAXTON; MR. YOUNCE,
D.O.C.,

             Defendants - Appellees.

———————

Appeal from the United States District Court for the Western
District of Virginia, at Roanoke.  Samuel G. Wilson, District
Judge.  (7:12-cv-00415-SGW-RSB)

———————

Submitted:  April 25, 2013            Decided:  April 29, 2013

———————

Before AGEE and WYNN, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

———————

Dismissed by unpublished per curiam opinion.

———————

James Dallas Goodson, Sr., Appellant Pro Se.  Richard Carson
Vorhis, Senior Assistant Attorney General, Richmond, Virginia,
for Appellees.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

James Dallas Goodson, Sr., seeks to appeal the district court's order dismissing without prejudice his 42 U.S.C. § 1983 (2006) complaint under 28 U.S.C. § 1915A(b) (2006). This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291 (2006), and certain interlocutory and collateral orders. 28 U.S.C. § 1292 (2006); Fed. R. Civ. P. 54(b); Cohen v. Beneficial Indus. Loan Corp., 337 U.S. 541, 545–46 (1949). The order Goodson seeks to appeal is neither a final order nor an appealable interlocutory or collateral order because it is possible for him to cure the pleading deficiencies in the complaint that were identified by the district court. See Domino Sugar Corp. v. Sugar Workers Local Union 392, 10 F.3d 1064, 1066–67 (4th Cir. 1993). Accordingly, we dismiss the appeal for lack of jurisdiction.

We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

DISMISSED

2